USCA1 Opinion

 

 October 22, 1993 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ___________________ No. 93-1455 HENRY MARTINEAU, Plaintiff, Appellant, v. LARRY DUBOIS AND JUDITH W.F. CYR, Defendants, Appellees. __________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Robert E. Keeton, U.S. District Judge] ___________________ ___________________ Before Cyr, Boudin and Stahl, Circuit Judges. ______________ ___________________ Henry Martineau on brief pro se. _______________ Nancy Ankers White, Special Assistant Attorney General, and __________________ Stephen G. Dietrick, Deputy General Counsel, Department of _____________________ Correction, on brief for appellees. __________________ __________________ Per Curiam. Plaintiff brought a pro se civil ___________ ___ __ action under 42 U.S.C. 1983, alleging that during a three week period of incarceration at Pondville Correction Center he was denied access to an adequate law library. The district court dismissed the complaint under Fed. R. Civ. P. 12(b)(6) on the ground that plaintiff's relocation to another site mooted the request for equitable relief; and as for damages, the complaint did not claim a total deprivation of access to legal research materials nor allege facts to show any actual harm or loss, as required by Sowell v. Vose, 941 ______ ____ F.2d 32 (1st Cir. 1991). Reviewing the dismissal de novo, we __ ____ agree with the district court's analysis and affirm substantially for the reasons set forth in Judge Keeton's thorough memorandum and order of April 7, 1993. Affirmed. ________ -2-